UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| CHRISTY HARVEY AND RICHARD STEWART | CIVIL ACTION NO: |
| VERSUS | JUDGE: |
| PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY, ASHTON LOGISTICS, LLC, AND CURTIS L. MARTIN | MAGISTRATE JUDGE: |

*************************************************************************

## **NOTICE OF REMOVAL**

TO:   THE UNITED STATES DISTRICT COURT
      FOR THE WESTERN DISTRICT OF LOUISIANA

NOW INTO COURT, through undersigned counsel, come Defendants, ASHTON LOGISTICS, LLC and PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY, who, in accordance with 28 U.S.C. §§ 1441-1446, respectfully represent as follows:

1.

On or about November 17, 2017, Plaintiff, Christy Harvey, filed an action in the 16th Judicial District Court in the State of Louisiana, Parish of St. Martin, with Docket Number 86075-E. A copy of the *Petition* filed in the state court action is attached hereto as Exhibit A.

2.

On or about November 17, 2017, Plaintiff, Richard Stewart, also filed an action in the 16th Judicial District Court in the State of Louisiana, Parish of St. Martin, with Docket Number 86076-A. A copy of the *Petition* filed in the state court action is attached hereto as Exhibit B.

3.

By Order of the state court dated January 31, 2018, the case of *Richard Stewart v. Progressive County Mutual Insurance Company, Ashton Logistics, LLC and Curtis L. Martin*, Docket Number 86076-A, was consolidated into the case of *Christy Harvey v. Progressive County Mutual Insurance Company, Ashton Logistics, LLC, and Curtis L. Martin*, Docket Number 86075-E. A copy of the state court Order relating to the *Unopposed Motion to Consolidate* is attached hereto as Exhibit C.

4.

Plaintiff, Christy Harvey, is resident and citizen of the State of Mississippi,[1] and Plaintiff, Richard Stewart, is also a resident and citizen of the State of Mississippi.[2]

5.

Defendant, Progressive County Mutual Insurance Company, is an insurer foreign to the State of Louisiana and is incorporated in the State of Texas with its principal place of business located in the State of Texas. Therefore, Defendant, Progressive County Mutual Insurance Company is not a citizen of the State of Louisiana or the State of Mississippi. (See also Exhibit A—*Petition* filed on behalf of Christy Harvey, Paragraph 1(A), and Exhibit B—*Petition* filed on behalf of Richard Stewart, Paragraph 1(A).)

6.

Defendant, Ashton Logistics, LLC, is a business entity foreign to Louisiana and is incorporated in the State of Texas with its principal place of business located in the State of Texas. Therefore, Defendant, Ashton Logistics, LLC, is not a citizen of the State of Louisiana or the State

---

[1] Exhibit A—*Petition* filed on behalf of Christy Harvey.
[2] Exhibit B—*Petition* filed on behalf of Richard Stewart.

of Mississippi. (See also Exhibit A—*Petition* filed on behalf of Christy Harvey, Paragraph 1(B), and Exhibit B—*Petition* filed on behalf of Richard Stewart, Paragraph 1(B).)

7.

Defendant, Curtis L. Martin, is a citizen, resident, and domiciliary of the State of Texas. Therefore, Defendant, Curtis L. Martin, is not a citizen of the State of Louisiana or the State of Mississippi. (See also Exhibit A—*Petition* filed on behalf of Christy Harvey, Paragraph 1(C), and Exhibit B—*Petition* filed on behalf of Richard Stewart, Paragraph 1(C).) Curtis L. Martin has not yet been served with the *Petition* of either Plaintiff. If and when Curtis L. Martin is served, undersigned counsel will enroll on his behalf and consent to this Removal.

8.

This action arises out of a two-vehicle accident which occurred on or about December 10, 2016 in the Parish of St. Martin, State of Louisiana.[3] Both plaintiffs alleged that they sustained unspecified "serious and permanent injuries" as a result of the subject accident.[4] Yet, in their respective *Petitions*, the plaintiffs alleged that, "it is believed that total damages are less than $50,000.00, exclusive of interest and costs."[5]

9.

Because of the diversity of citizenship existing among the parties to this action, Defendant, Progressive County Mutual Insurance Company, propounded *Requests for Admissions of Fact* upon the plaintiffs on or about January 23, 2018 in order to investigate whether grounds for

---

[3] Exhibit A—*Petition* filed on behalf of Christy Harvey, Paragraph 2; and Exhibit B—*Petition* filed on behalf of Richard Stewart, Paragraph 2.
[4] Exhibit A—*Petition* filed on behalf of Christy Harvey, Paragraph 5; and Exhibit B—*Petition* filed on behalf of Richard Stewart, Paragraph 5.
[5] Exhibit A—*Petition* filed on behalf of Christy Harvey, Paragraph 6; and Exhibit B—*Petition* filed on behalf of Richard Stewart, Paragraph 6.

removal existed at an early stage in this litigation by establishing whether the amount in controversy exceeded $75,000.00, exclusive of interest and costs.[6]

10.

On or about February 23, 2018, plaintiffs responded to the *Requests for Admissions of Fact* separately, but with identical responses, as follows:

> **REQUEST FOR ADMISSION NO. 1:**
>
> Admit or deny the amount in controversy exceeds $75,000.00 exclusive of interest and costs.
>
> **RESPONSE:**
>
> At this time, denied. Plaintiff reserves the right to supplement this Request.
>
> **REQUEST FOR ADMISSION NO. 2:**
>
> If the response to Request for Admission No. 1 is denied, then admit or deny the amount in controversy exceeds $50,000.00 exclusive of interest and costs.
>
> **RESPONSE:**
>
> Admitted.[7]

11.

Accordingly, because the plaintiffs' *Response[s] to Request for Admission*, foreclosed upon the ability of Defendants to "remove" the action from state court, written discovery commenced.

---

[6] Exhibit D—*Requests for Admissions of Fact* propounded upon plaintiffs separately, but attached hereto *in globo*.
[7] Exhibit E—Plaintiffs' *Response to Request for Admission*, dated February 23, 2018, *in globo*.

12.

Thereafter, on September 4, 2018, Defendants received for the first time a complete and certified copy of Christy Harvey's medical treatment and billing records from Southern Bone & Joint Specialists, P.A.[8] In analyzing these records, Defendants learned for the first time that Plaintiff, Christy Harvey, attributed bilateral hand, back, and neck pain to the subject accident.[9] Defendants also learned that on July 10, 2017 Dr. Michael Patterson, M.D.—a provider affiliated with Southern Bone & Joint Specialists, P.A.—recommended that Christy Harvey undergo an ACDF at C5/6 (with right-sided neuroforaminal decompression) due to complaints and symptoms that Christy Harvey related to the subject accident.[10]

13.

This removal is timely pursuant to 28 U.S.C. § 1446(b)(3) because this *Notice of Removal* is being filed within 30 days after Defendants' receipt of "other paper from which it may first be ascertained that the case is one which is or had become removable," namely the complete and certified copy of Christy Harvey's medical treatment and billing records from Southern Bone & Joint Specialists, P.A.

14.

This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332, and is one which may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C. § 1441(b) in that it is a civil action between citizens of different states and the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

---

[8] Exhibit F—Certified copy of Christy Harvey's medical records from Southern Bone & Joint Specialists, P.A.
[9] Exhibit F—Certified copy of Christy Harvey's medical records from Southern Bone & Joint Specialists, P.A., Bates Numbers 012 and 025.
[10] Exhibit F—Certified copy of Christy Harvey's medical records from Southern Bone & Joint Specialists, P.A., Bates Numbers 016-018.

15.

Venue is proper in this District under 28 U.S.C. § 1441(a) because this District and Division embrace the place in which the removed action has been pending.

16.

Because the requirements for complete diversity have been satisfied, and because the preponderance of the evidence now shows that at least one Plaintiff will allege damages which exceed $75,000.00, exclusive of interest and costs, removal is proper pursuant to 28 U.S.C. § 1332(a).

17.

In accordance with 28 U.S.C. § 1446, Defendants file herewith a copy of all process, pleadings, and orders served upon them. (Specifically, Exhibit A—*Petition* filed on behalf of Christy Harvey, and Exhibit B—*Petition* filed on behalf of Richard Stewart).

WHEREFORE, Defendants, ASHTON LOGISTICS, LLC and PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY, pray that the suits originally filed in the 16th Judicial District Court in the State of Louisiana, Parish of St. Martin, bearing Docket Numbers 86075-E and 86076-A, be removed to the United States District Court for the Western District of Louisiana, Lafayette Division, and for all other just and equitable relief to which Defendants may be entitled.

RESPECTFULLY SUBMITTED:

**BRINEY FORET CORRY**

By: /s/ Michael P. Corry, Sr.
    MICHAEL P. CORRY, SR. – 20764
    J. DANIEL SIEFKER, JR. – 34764
    413 Travis Street, Suite 200
    Post Office Drawer 51367
    Lafayette, Louisiana 70505-1367
    Telephone: (337) 237-4070
    Facsimile: (337) 233-8719
ATTORNEYS FOR DEFENDANTS, ASHTON LOGISTICS, LLC AND PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of September, 2018, a copy of the foregoing was filed electronically with the Clerk of Court using the NextGen system. Notice of this filing will be sent to all counsel of record, by operation of the Court's electronic filing system and/or facsimile and/or U.S. Mail, postage prepaid.

    /s/ Michael P. Corry, Sr.
    MICHAEL P. CORRY, SR. – 20764
    J. DANIEL SIEFKER, JR. – 34764
    413 Travis Street, Suite 200
    Post Office Drawer 51367
    Lafayette, Louisiana 70505-1367
    Telephone: (337) 237-4070
    Facsimile: (337) 233-8719
ATTORNEYS FOR DEFENDANTS, ASHTON LOGISTICS, LLC AND PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY