# CITATION



HARVEY, CHRISTY

Versus

PROGRESSIVE COUNTY MUTUAL INSURANCE
COMPANY - ET AL

Case: 086075
Division: E
16th Judicial District Court
Parish of St. Martin
State of Louisiana

TO:
PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY
THROUGH LONG ARM STATUTE
C T CORPORATION SYSTEM
1999 BRYAN ST., SUITE 900
DALLAS, TX 75201-3136

*VIA THE LOUISIANA LONG ARM STATUTE*

You are hereby summoned to comply with the demand contained in the PETITION, INTERROGATORIES, AND REQUESTS FOR PRODUCTION of which a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance, either by filing a pleading or otherwise, in the 16th Judicial District Court in and for the Parish of St. Martin, State of Louisiana, within thirty (30) days after the service hereof, under penalty of default.

WITNESS MY OFFICIAL HAND AND SEAL OF OFFICE AT ST. MARTINVILLE, LOUISIANA, on this 27TH day of NOVEMBER, 2017.

BECKY P. PATIN
Clerk of the 16th Judicial District Court for
St. Martin Parish, Louisiana

BY: *Kristie Prejean*

Deputy Clerk of Court

REQUESTED BY:
MR. JEROME H. MOROUX
ATTORNEY FOR CHRISTY HARVEY

### Service Information

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20____ served the above named party as follows:

Personal Service on the party herein named _____
Domiciliary Service on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.

Returned:
Parish of _____ this _____ day of _____, 20____.

Service    $_____
Mileage    $_____     By: _____
                          Deputy Sheriff
Total      $_____

[ ORIGINAL ]


DEFENDANT'S EXHIBIT A

| | |
|---|---|
| CHRISTY HARVEY | 16th JUDICIAL DISTRICT COURT |
| VERSUS | DOCKET NO.: 86075-E |
| PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY, ASHTON LOGISTICS, LLC and CURTIS L. MARTIN | PARISH OF ST. MARTIN STATE OF LOUISIANA |

## PETITION

NOW INTO COURT, through undersigned counsel, comes CHRISTY HARVEY, resident of the full age of majority of the County of Marion, State of Mississippi, who with respect represents:

1.

Made defendants herein are:

A. PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY, a foreign insurer licensed to do and doing business within the State of Louisiana, which at all times relevant herein provided a policy of automobile liability insurance to defendant, CURTIS L. MARTIN while driving a 2010 Freightliner owned by ASHTON LOGISTICS, LLC, by reason and belief with ASHTON LOGISTICS, LLC'S permission;

B. ASHTON LOGISTICS, LLC, a Texas corporation licensed to do and doing business within the State of Louisiana, with their principal place of business in Balch Springs, Texas; and,

C. CURTIS L. MARTIN, a person of the full age of majority believed to be domiciled in the County of Hood, State of Texas, who at all times pertinent herein was an employee acting/failing to act in the course and scope of his employment with ASHTON LOGISTICS, LLC.

2.

On or about December 10, 2016, petitioner, CHRISTY HARVEY, was a guest passenger in a 2015 Ford F-350, being operated in a safe and prudent fashion, on Interstate 10 in St. Martin Parish, State of Louisiana, when suddenly, negligently and without warning a 2010 Freightliner driven by CURTIS L. MARTIN (while in the course and scope of his employment with ASHTON LOGISTICS, LLC), improperly changed lanes, slamming into the vehicle CHRISTY HARVEY was a passenger in, causing severe injury to CHRISTY HARVEY, described further herein.

3.

Damages suffered by petitioners resulted from the fault and/or negligence of CURTIS L. MARTIN in the following non-exclusive particulars:

A. Failing to see what he should have seen;

B. Careless operation of a motor vehicle;

C. Not paying attention while operating a motor vehicle;

D. Failure to keep a proper lookout;

E. Failing to brake in time to avoid the collision;

F.  In otherwise operating a vehicle in an unsafe fashion; and,

G.  In causing a collision.

4.

Damages suffered by petitioner, resulted from the fault and/or negligence of ASHTON LOGISTICS, LLC in the following non-exclusive particulars:

A.  In failing to train and instruct ASHTON LOGISTICS, LLC employees to adequately operate and handle employee vehicles;

B.  In failing to supervise ASHTON LOGISTICS, LLC employees; and,

C.  In negligently entrusting a company vehicle to CURTIS L. MARTIN.

5.

As a result of the above described collision, petitioner, CHRISTY HARVEY, sustained serious and permanent injuries that have resulted in past and future physical and mental pain and suffering, past and future loss of enjoyment of life, past and future loss of earnings and loss of earning capacity, that has necessitated that she incur medical expenses, both past and future, all of which entitles her to recover a sum reasonable in the premises.

6.

At this time, it is believed that total damages are less than $50,000.00, exclusive of interest and costs. Petitioner reserves the right to amend this petition.

WHEREFORE, petitioner, CHRISTY HARVEY, prays that a certified copy of this Petition be served upon defendants, PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY, ASHTON LOGISTICS, LLC and CURTIS L. MARTIN, and that after due proceedings are had there be judgment herein in favor of petitioner, CHRISTY HARVEY, and against defendant, PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY, ASHTON LOGISTICS, LLC and CURTIS L. MARTIN, jointly, severally and in solido in a sum reasonable in the premises together with interest from the date of judicial demand until paid and for all costs of these proceedings.

Respectfully submitted,

BROUSSARD & DAVID, LLC

_____
Jerome H. Moroux (No. 32666)
Post Office Box 3524
Lafayette, Louisiana 70502-3524
(337) 233-2323 - Telephone
(337) 233-2353 - Fax
ATTORNEY FOR PLAINTIFF

A TRUE COPY
ATTEST [signature]
DEPUTY CLERK OF COURT

RECEIVED AND FILED
2017 NOV 20 AM 11: 52
[signature]
DEPUTY CLERK OF COURT
ST. MARTIN PARISH

**PLEASE SERVE:**

**PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY**
  *Through Long Arm Service:*
C T Corporation System
1999 Bryan Street Suite 900
Dallas TX 75201 -3136

**ASHTON LOGISTICS, LLC**
  *Through Long Arm Service:*
3207 S Peachtree Road
Balch Springs, TX 75180

**CURTIS L. MARTIN**
  *Through Long Arm Service:*
4612 Nimmo Court
Granbury, TX 76048